IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| THE MEDICINES COMPANY, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 01:10-cv-286 |
| v. ) | |
| DAVID KAPPOS, et al., ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court on APP Pharmaceuticals, LLC's Motion for Leave to Intervene under Federal Rule of Civil Procedure 24. For the reasons stated from the bench, it is hereby

ORDERED that APP Pharmaceuticals, LLC's Motion is DENIED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
September _13_, 2010