**FORM 7. Appeal Information Sheet**

## FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☑ United States District Court for the <u>Eastern District of Virginia - Alexandria Division</u>

☐ United States Court of International Trade

☐ United States Court of Federal Claims

☐ United States Court of Appeals for Veterans Claims

Type of case: <u>Administrative Procedure Act</u>

<u>The Medicines Company</u> v. <u>David Kappos, et al.</u>

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. <u>1:10cv286</u>            Date of Judgment or Order <u>9/13/10, 8/3/10</u>

Cross or related appeal? <u>Amended</u>        Date of Notice of Appeal    <u>9/17/10</u>

Appellant is: ☐ Plaintiff   ☑ Defendant   ☐ Other (explain) _____

FEES:   Court of Appeals docket fee paid?         ☐ Yes      ☐ No

U.S. Appeal?                     ☐ Yes      ☐ No

In forma pauperis?                  ☐ Yes      ☐ No

Is this matter under seal?    ☐ Yes   ☑ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Pltf's Counsel                    **see attached sheet**
Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
(703) 549-5354

COURT REPORTER: (Name and telephone): <u>Tracy Westfall (703) 549-2080</u>

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

FEDERAL CIRCUIT APPEAL INFORMATION
SHEET CONTINUED:
Docket No. 1:10cv286
The Medicines Company -v- David Kappos, et al.

Counsel:
Dennis C. Barghaan, Jr.
U.S. Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3700
For Defts' Kappos, U.S. Patent and Trademark Office,
Hamburg, U.S. Food and Drug Administration,
Sebelius, U.S. Dept. Of Health and Human Services

Counsel:
Elizabeth M. Locke
Kirkland & Ellis LLP (DC)
655 15th St, NW
Suite 1200
Washington, DC 20005-5793
(202) 879-5200
For Movant Teva Pharmaceuticals USA, Inc.

FEDERAL CIRCUIT APPEAL INFORMATION
SHEET CONTINUED:

Docket No. 1:10cv286
The Medicines Company -v- David Kappos, et al.

Counsel:
John P. Corrado
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC   20006-1888
(202) 887-1500
 For Movant-Defendant APP Pharmaceuticals, LLC