NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1534

THE MEDICINES COMPANY,

Plaintiff-Appellee,

v.

DAVID J. KAPPOS, Undersecretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office,
UNITED STATES PATENT AND TRADEMARK OFFICE,
MARGARET A. HAMBURG, Commissioner, United States Food and Drug Administration,
UNITED STATES FOOD AND DRUG ADMINISTRATION,
KATHLEEN SEBELIUS, Secretary of Health and Human Services,
and DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendants,

v.

APP PHARMACEUTICALS, LLC,

Movant-Appellant,

and

UNITED STATES,

Intervenor.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0286, Senior Judge Claude M. Hilton.

ON MOTION

ORDER

Upon consideration of the parties' agreed motion to dismiss the appeal pursuant to Fed. R. App. P. 42(b),*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 2 4 2012
Date

Jan Horbaly
Clerk

cc: Emily A. Evans, Esq.
Peter D. Keisler, Esq.
Edward Himmelfarb, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 24 2012

JAN HORBALY
CLERK

ISSUED AS A MANDATE: JAN 2 4 2012

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 1/24/2012

---

* We note that the parties' request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

2010-1534                            2